DAVIDSON, APPELLANT, *v.* BUCKLEW, APPELLEE.

[Cite as *Davidson v. Bucklew* (1994), 68 Ohio St.3d 1219.]

(No. 93–42—Submitted January 11, 1994—Decided February 16, 1994.)

*Harrington Huxley Smith Mitchell & Reed* and *John T. Dellick,* for appellant.

*Richard D. Goldberg,* for appellee.

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.